**No. 11-82. Mississippi State Confer-ence of the National Association for the Advancement of Colored People, et al., Appellants v. Haley Barbour, Governor of Mississippi, et al.**

565 U.S. 972, 132 S. Ct. 542, 181 L. Ed. 2d 343, 2011 U.S. LEXIS 7807.

October 31, 2011. Appeal from the United States District Court for the Southern District of Mississippi. Judgment affirmed.

**No. 10-1450. Sonic-Calabasas A, Inc., Petitioner v. Frank Moreno.**

565 U.S. 973, 132 S. Ct. 496, 181 L. Ed. 2d 343, 2011 U.S. LEXIS 7728.

October 31, 2011. On petition for writ of certiorari to the Supreme Court of California. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the Supreme Court of California for further consideration in light of AT&T Mobility LLC v. Concepcion, 563 U.S. 333, 131 S. Ct. 1740, 179 L. Ed. 2d 742 (2011).

Same case below, 51 Cal. 4th 659, 121 Cal. Rptr. 3d 58, 247 P.3d 130.

**No. 10-1499. L. Perrigo Company, Petitioner v. Augustine Gaeta, et ux., Individually and as Guardian ad Litem for A. G., a Minor.**

565 U.S. 973, 132 S. Ct. 497, 181 L. Ed. 2d 343, 2011 U.S. LEXIS 7720.

October 31, 2011. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of PLIVA, Inc. v. Mensing, 564 U.S. 604, 131 S. Ct. 2567, 180 L. Ed. 2d 580 (2011).

Same case below, 630 F.3d 1225.